

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| J.P. MORGAN CHASE BANK | ) | CIVIL ACTION NO. |
| Plaintiff, | ) | 3:02-CV-2266 (AWT) |
| | ) | |
| vs. | ) | |
| | ) | |
| RIDGEFIELD PROPERTIES LLC | ) | |
| AND SAMUELS & ASSOCIATES | ) | |
| MANAGEMENT, LLC | ) | |
| Defendants. | ) | NOVEMBER 3, 2003 |

**APPEARANCE**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT AT HARTFORD:

Please enter the appearance of the undersigned as counsel for the Defendants Ridgefield Properties LLC and Samuels & Associates Management, LLC in the above-captioned matter.

Respectfully submitted,

THE DEFENDANTS

By _____
Lisa A. Zaccardelli, Esquire
LEVY & DRONEY, P.C.
74 Batterson Park Road
P.O. Box 887
Farmington, CT 06034
(860) 676-3120
Its Attorneys
Federal Bar No. ct07983

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record on this 3rd day November, 2003 to:

Peter W. Hull, Esq.
Jason C. Welch, Esq.
McCarter & English
CityPlace I
185 Asylum Street
Hartford, CT 06103

　　　　　　　　　　　　　　　　　　／s／ Lisa A. Zaccardelli
　　　　　　　　　　　　　　　　　　Lisa A. Zaccardelli