

FILED

2003 NOV -4 A 10: 43

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JPMORGAN CHASE BANK, | : | |
| Plaintiff, | : | CIVIL ACTION NO.<br>3: 02-CV-2266 (AWT) |
| v. | : | |
| RIDGEFIELD PROPERTIES LLC and<br>SAMUELS & ASSOCIATES<br>MANAGEMENT, LLC, | : | |
| Defendants. | : | November 3, 2003 |

### DEFENDANTS' RIDGEFIELD PROPERTIES LLC'S AND SAMUELS & ASSOCIATES MANAGEMENT, LLC, MOTION FOR EXTENSION OF TIME

The Defendants Ridgefield Properties LLC and Samuels & Associates Management, LLC ("Defendants") hereby move for an extension of time of seven (7) days up to and including November 10, 2003, in which to file its responses to Plaintiff's Interrogatories and Requests for Production served upon the Defendants. Counsel for the Defendants represent that they has obtained the information sought, however, additional time is needed to arrange the voluminous amount of documents and produce to Plaintiff in an organized fashion.

Defendants' counsel has contacted counsel for Plaintiff to obtain their consent, but were unable to confirm an answer.

This is the second such request for an extension and no other extensions are anticipated.

Respectfully submitted,

THE DEFENDANTS

By _____
Lisa A. Zaccardelli, Esq. (ct05433)
LEVY & DRONEY, P.C.
74 Batterson Park Road
P.O. Box 887
Farmington, CT   06034-0887
(860) 676-3000
Its Attorneys

## CERTIFICATION

I hereby certify that on this 3rd day of November, 2003, a copy of the foregoing was mailed, postage prepaid, to the following:

Peter W. Hull, Esq.
Jason C. Welch, Esq.
McCarter & English
CityPlace I, 36th Floor
Hartford, CT 06103-3495

_____
Lisa A. Zaccardelli