UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

November 14, 2003

11:00 a.m.

3-02-cv-2266   (AWT) JPMorgan Chase Bank v Ridgefield Prop LLC
------------------------------------------------------------

COUNSEL OF RECORD:

Peter W. Hull          Cummings & Lockwood, Cityplace I, 36Th Floor
                       185 Asylum St., Hartford, CT 860-275-6700

Jeffrey J. Mirman      Levy & Droney, P.C, 74 Batterson Park Rd.,
                       PO Box 887, Farmington, CT 860-676-3000

Jason C. Welch         McCarter & English, 185 Asylum St. 36th Fl.,
                       Hartford, CT 860-275-6700


                                    BY ORDER OF THE COURT
                                    KEVIN F. ROWE, CLERK