#31

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JPMORGAN CHASE BANK,

:

         Plaintiff,   :   CIVIL ACTION NO.
                          :   3: 02-CV-2266 (AWT)

v.                :

RIDGEFIELD PROPERTIES LLC and  :
SAMUELS & ASSOCIATES
MANAGEMENT, LLC,

         Defendants.  :   November 3, 2003

### DEFENDANTS' RIDGEFIELD PROPERTIES LLC'S AND SAMUELS & ASSOCIATES MANAGEMENT, LLC, MOTION FOR EXTENSION OF TIME

The Defendants Ridgefield Properties LLC and Samuels & Associates Management, LLC ("Defendants") hereby move for an extension of time of seven (7) days up to and including November 10, 2003, in which to file its responses to Plaintiff's Interrogatories and Requests for Production served upon the Defendants. Counsel for the Defendants represent that they has obtained the information sought, however, additional time is needed to arrange the voluminous amount of documents and produce to Plaintiff in an organized fashion.

Extension GRANTED, nunc pro tunc, to and including November 10, 2003.
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   11/17/03