UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JPMORGAN CHASE BANK, | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3: 02-CV-2266 (AWT) |
| v. | : | |
| RIDGEFIELD PROPERTIES LLC and SAMUELS & ASSOCIATES MANAGEMENT, LLC, | : | |
| Defendants. | : | DECEMBER 19, 2003 |

## STIPULATION FOR REFERENCE TO ADR

JPMorgan Chase Bank ("Chase"), Ridgefield Properties LLC ("Ridgefield Properties") and Samuels & Associates Management, LLC ("Samuels"), pursuant to Rule 16(h) of the Local Civil Rules of the United States District Court for the District of Connecticut, move the Court to Endorse this Stipulation for Reference to ADR and stay this action.

I. **FORM OF ADR PROCEDURE.**

Pursuant to the Court's Referral to Magistrate Judge, dated September 16, 2003, on November 14, 2003, the parties conducted a settlement conference with United States Magistrate Judge Donna F. Martinez. The parties intend to continue mediation of all claims before Judge Martinez. The next scheduled date is January 22, 2004.

II. **STAY OF PROCEEDINGS.**

Given the deadlines established by the Court's September 19, 2003 Endorsement of the Joint Report of Parties' Planning Meeting, in particular the April 30, 2003 discovery deadline, the parties request an abeyance of all Court deadlines during the pendancy of mediation.

III. **PRE-MEDIATION PROCEDURES.**

The parties have begun mediation. In accordance with the Court's Order dated October 9, 2003, the parties submitted a Joint Mediation Report and *ex parte* Mediation Statements to the Court. The parties have also exchanged

settlement demands.  No further submissions are needed at this time to continue the process.

IV. **THE EFFECT OF THE ADR PROCESS.**

    Mediation is nonbinding.

V. **PROGRESS REPORTS.**

    The parties will file a progress report with the Court on or before February 5, 2004.

VI. **SPECIAL CONDITIONS.**

    The parties do not request special conditions.

[Signatures Follow on the Next Page]

PLAINTIFF, JPMORGAN CHASE BANK

By: _____
Peter W. Hull (CT 17230)
Jason C. Welch (CT 23418)
McCarter & English
City Place I, 36th Floor
Hartford, CT 06103-3495
860.275.6700
phull@mccarter.com


DEFENDANTS, RIDGEFIELD
PROPERTIES LLC and SAMUELS &
ASSOCIATES MANAGEMENT, LLC

By: _____
Jeffrey J. Mirman (CT 05433)
Levy & Droney PC
74 Batterson Park Road
Farmington, CT 06034
860.676.3120