DENIED, without prejudice to renewal once the stay is lifted, if the case does not settle. See Doc. #35. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 1/13/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JPMORGAN CHASE BANK, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| | ) 3:02-CV-2266 (AWT) |
| v. | ) |
| | ) |
| RIDGEFIELD PROPERTIES LLC and | ) |
| SAMUELS & ASSOCIATES | ) |
| MANAGEMENT, LLC, | ) |
| | ) |
| Defendants. | ) September 2, 2003 |

## MOTION TO DISMISS THIRD COUNTERCLAIM

Plaintiff JPMorgan Chase Bank ("Chase"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves to dismiss Defendant Ridgefield Properties LLC's ("Ridgefield Properties") Third Counterclaim for failing to state a claim upon which relief may be granted.

As stated more fully in the accompanying Memorandum of Law, the Third Counterclaim fails to plead, other than by bald assertions, the requisite elements of a claim for tortious interference. Specifically, Ridgefield Properties has not adequately alleged malice, which is required pursuant to