

GRANTED. This action is hereby stayed, except with respect to ADR proceedings, until further order of the court. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 1/13/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JPMORGAN CHASE BANK,

               Plaintiff,

v.

RIDGEFIELD PROPERTIES LLC and
SAMUELS & ASSOCIATES
MANAGEMENT, LLC,

               Defendants.

CIVIL ACTION NO.
3: 02-CV-2266 (AWT)

DECEMBER 19, 2003

## STIPULATION FOR REFERENCE TO ADR

JPMorgan Chase Bank ("Chase"), Ridgefield Properties LLC ("Ridgefield Properties") and Samuels & Associates Management, LLC ("Samuels"), pursuant to Rule 16(h) of the Local Civil Rules of the United States District Court for the District of Connecticut, move the Court to Endorse this Stipulation for Reference to ADR and stay this action.



FILED
2004 JAN 14 P 12: 58
U.S. DISTRICT COURT
HARTFORD, CT