*Held 2.5 Hours.*
*Did not settle.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

January 22, 2004

1:00 p.m.

CASE NO. **3:02CV2266 (AWT)**   **J.P.Morgan v. Ridgefield Prop.**

COUNSEL OF RECORD:

✓ Peter W. Hull                McCarter & English
                              Cityplace I
                              185 Asylum St.
                              36th Fl.
                              Hartford, CT 06103-3495
                              860-275-6765
                              860-424-4761 (fax)
                              phull@mccarter.com

Robert E. Kaelin              Murtha Cullina LLP
                              Cityplace I, 185 Asylum St.
                              Hartford, CT 06103-3469
                              860-240-6000
                              860-240-6150 (fax)
                              rkaelin@murthalaw.com

✓ Jeffrey J. Mirman            Levy & Droney, P.C
                              74 Batterson Park Rd., PO Box 887
                              Farmington, CT 06034-0887
                              860-676-3000
                              860-676-3200 (fax)
                              jmirman@ldlaw.com

✓ Jason C. Welch              McCarter & English
                              Cityplace I
                              185 Asylum St.
                              36th Fl.
                              Hartford, CT 06103-3495
                              860-275-6700

Lisa A. Zaccardelli					Levy & Droney, P.C
							74 Batterson Park Rd., PO Box 887
							Farmington, CT 06034-0887
							860-676-3000
							860-676-3200 (fax)
							lzaccard@ldlaw.com



							BY ORDER OF THE COURT
							KEVIN F. ROWE, CLERK