UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
                               :
J.P. MORGAN CHASE BANK         :
         Plaintiff,            :
                               :
v.                             :    Civil No. 3:02CV02266(AWT)
                               :
                               :
RIDGEFIELD PROPERTIES LLC and  :
SAMUELS & ASSOCIATES MANAGE-   :
MENT LLC.                      :
         Defendants.           :
-------------------------------x
```

**NOTICE TO PARTIES**

The court has received a letter from counsel for the plaintiff dated February 12, 2004, which provides a progress report and requests that the current stay remain in effect while mediation continues. The request is being granted, and the parties shall file with the Clerk a status report on or before May 12, 2004.

It is so ordered.

Dated this 20th day of February, 2004, at Hartford, Connecticut.

_____/s/_____
Alvin W. Thompson
United States District Judge