UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JPMORGAN CHASE BANK, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 3:02-CV-2266 (AWT) |
| v. | ) | |
| | ) | |
| RIDGEFIELD PROPERTIES LLC and | ) | |
| SAMUELS & ASSOCIATES | ) | |
| MANAGEMENT, LLC, | ) | |
| | ) | |
| Defendants. | ) | May 4, 2004 |

## ADR STATUS REPORT AND REQUEST TO CONTINUE STAY

JPMorgan Chase Bank ("Chase"), Ridgefield Properties LLC ("Ridgefield Properties") and Samuels & Associates Management, LLC ("Samuels"), pursuant to the Court's Notice to Parties, dated February 20, 2004, respectfully submit this ADR Status Report and Request to Continue Stay.

The parties met on three occasions in an effort to resolve this dispute; two of these meetings were with Magistrate Judge Martinez. Just prior to the last-scheduled mediation session, on January 22, 2004, a third party -- not a party to this suit -- made a demand on JPMorgan Chase Bank based on the same facts and circumstances that give rise to this action. This communication necessarily disrupted the current alternative dispute process.

The parties have engaged in discussions with this third party. The third party will present to JPMorgan Chase Bank a detailed, written claim on May 10, 2004. The third party and JPMorgan Chase Bank will discuss that claim during an in person meeting in Hartford, Connecticut on May 17, 2004. The parties respectfully request, therefore, that the stay continue

through 60 days from the oral presentation of the third-party's claim, or until July 16, 2004. At which time, if not withdrawn, the parties will file with the Court a new Report pursuant to Rule 26(f) of the Federal Rules of Civil Procedure.

WHEREFORE, the parties respectfully request that the stay continue to July 16, 2004.

PLAINTIFF, JPMORGAN CHASE BANK

By: _____
    Peter W. Hull (CT 17230)
    Jason C. Welch (CT 23418)
    McCarter & English
    City Place I, 36th Floor
    Hartford, CT 06103-3495
    860.275.6700
    phull@mccarter.com

DEFENDANTS, RIDGEFIELD PROPERTIES LLC and SAMUELS & ASSOCIATES MANAGEMENT, LLC

By: _____
    Jeffrey J. Mirman (CT 05433)
    Levy & Droney PC
    74 Batterson Park Road
    Farmington, CT 06034
    860.676.3120