*This status report is so ordered.*

*Alvin W. Thompson U.S.D.J.*
*Hartford, Connecticut 5/4/04*

*It is hereby GRANTED. The motion to continue the stay until July 16, 2004, is hereby APPROVED.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JPMORGAN CHASE BANK, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 3:02-CV-2266 (AWT) |
| v. | ) | |
| | ) | |
| RIDGEFIELD PROPERTIES LLC and | ) | |
| SAMUELS & ASSOCIATES | ) | |
| MANAGEMENT, LLC, | ) | |
| | ) | |
| Defendants. | ) | May 4, 2004 |

## ADR STATUS REPORT AND REQUEST TO CONTINUE STAY

JPMorgan Chase Bank ("Chase"), Ridgefield Properties LLC ("Ridgefield Properties") and Samuels & Associates Management, LLC ("Samuels"), pursuant to the Court's Notice to Parties, dated February 20, 2004, respectfully submit this ADR Status Report and Request to Continue Stay.

The parties met on three occasions in an effort to resolve this dispute; two of these meetings were with Magistrate Judge Martinez. Just prior to the last-scheduled mediation session, on January 22, 2004, a third party -- not a party to this suit -- made a demand on JPMorgan Chase Bank based on the same facts and circumstances that give rise to this action. This communication necessarily disrupted the current alternative dispute process.

The parties have engaged in discussions with this third party. The third party will present to JPMorgan Chase Bank a detailed, written claim on May 10, 2004. The third party and JPMorgan Chase Bank will discuss that claim during an in person meeting in Hartford, Connecticut on May 17, 2004. The parties respectfully request, therefore, that the stay continue