UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JPMORGAN CHASE BANK, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 3:02-CV-2266 (AWT) |
| v. | ) | |
| | ) | |
| RIDGEFIELD PROPERTIES LLC and | ) | |
| SAMUELS & ASSOCIATES | ) | |
| MANAGEMENT, LLC, | ) | |
| | ) | |
| Defendants. | ) | June 1, 2004 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned, pursuant to Local Rule 7(e), moves to withdraw his appearance on behalf of JPMorgan Chase Bank. In support of such motion, the undersigned represents as follows:

1. This attorney previously entered his Appearance on behalf of JP Morgan Chase Bank.

2. The undersigned is no longer practicing at McCarter & English, LLP.

3. Accordingly, the involvement of the undersigned in this matter has terminated.

4. JP Morgan Chase Bank currently is represented by other counsel at McCarter & English, LLP.

PLAINTIFF,
JPMORGAN CHASE BANK
BY McCARTER & ENGLISH, LLP

ITS ATTORNEYS

By: _____
Peter W. Hull (CT 17230)
Jason C. Welch (CT 23418)
McCarter & English
City Place I, 36th Floor
Hartford, CT 06103-3495
860.275.6700

-3-

## CERTIFICATION

      This is to certify that a copy of the foregoing Motion to Withdraw Appearance was sent, via U.S. mail, postage prepaid, this 1st day of June, 2004, to

Jeffrey J. Mirman, Esq.
Levy & Droney, P.C.
74 Batterson Park Road
P.O. Box 887
Farmington, CT 06034

                                          Peter W. Hull

HARTFORD: 615844.01