

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUN -2 A 10: 18

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| JPMORGAN CHASE BANK, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 3:02-CV-2266 (AWT) |
| v. | ) | |
| | ) | |
| RIDGEFIELD PROPERTIES LLC and | ) | |
| SAMUELS & ASSOCIATES | ) | |
| MANAGEMENT, LLC, | ) | |
| | ) | |
| Defendants. | ) | June 1, 2004 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned, pursuant to Local Rule 7(e), moves to withdraw his appearance on behalf of JPMorgan Chase Bank. In support of such motion, the undersigned represents as follows:

1.    This attorney previously entered his Appearance on behalf of JP Morgan Chase Bank.

2.    The undersigned is no longer practicing at McCarter & English, LLP.

FILED

2004 JUN 11 P 1 23

U.S. DISTRICT COURT
HARTFORD, CT.

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.