UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JPMORGAN CHASE BANK, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | 3:02-CV-2266 (AWT) |
| v. ) | |
| ) | |
| RIDGEFIELD PROPERTIES LLC and ) | |
| SAMUELS & ASSOCIATES ) | |
| MANAGEMENT, LLC, ) | |
| ) | |
| Defendants. ) | August 4, 2004 |

**ADR STATUS REPORT AND REQUEST TO CONTINUE STAY**

JPMorgan Chase Bank ("Chase"), Ridgefield Properties LLC ("Ridgefield Properties") and Samuels & Associates Management, LLC ("Samuels"), pursuant to the Court's Notice to Parties, dated February 20, 2004, respectfully submit this ADR Status Report and Request to Continue Stay.

The parties have met several times with Magistrate Judge Martinez in an effort to resolve this dispute. On July 22, 2004, the parties met again with Magistrate Judge Martinez, this time with a third-party claimant, Stop and Shop Supermarkets ("Stop and Shop").

In an effort to move the mediation process forward, a schedule was agreed upon by the parties and Stop and Shop. This schedule calls for a mutual exchange of documents between the Chase and Stop and Shop on August 25, 2004. The schedule further calls for an exchange of offers and demands. A teleconference between the parties, Stop and Shop, and Magistrate Judge Martinez is scheduled for October 1, 2004, with a mediation conference in Magistrate Judge Martinez's chambers scheduled for October 20, 2004.

Accordingly, the parties respectfully request that the stay continue until November 1, 2004. At which time, if not withdrawn, the parties will file with the Court a new Report pursuant to Rule 26(f) of the Federal Rules of Civil Procedure.

WHEREFORE, the parties respectfully request that the stay continue to November 1, 2004.

PLAINTIFF, JPMORGAN CHASE BANK

By: _____
Jason C. Welch (CT 23418)
McCarter & English
City Place I, 36th Floor
Hartford, CT 06103-3495
860.275.6700
jwelch@mccarter.com

DEFENDANTS, RIDGEFIELD PROPERTIES LLC and SAMUELS & ASSOCIATES MANAGEMENT, LLC

By: _____
Jeffrey J. Mirman (CT 05433)
Levy & Droney PC
74 Batterson Park Road
Farmington, CT 06034
860.676.3120

HARTFORD: 619609.01