UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JPMORGAN CHASE BANK, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 3:02-CV-2266 (AWT) |
| v. | ) | |
| | ) | |
| RIDGEFIELD PROPERTIES LLC and | ) | |
| SAMUELS & ASSOCIATES | ) | |
| MANAGEMENT, LLC, | ) | |
| | ) | |
| Defendants. | ) | August 2, 2004 |

FILED
2004 AUG -4  A 11: 02
U.S. DISTRICT COURT
HARTFORD, CT.

## APPEARANCE

Please enter my appearance as counsel for the Plaintiff, JPMorgan Chase Bank, in the above-entitled action.

Dated at Hartford, Connecticut this 3rd day of August, 2004.

PLAINTIFF,
JPMORGAN CHASE BANK
BY McCARTER & ENGLISH, LLP
ITS ATTORNEYS

By: _____
Timothy S. Fisher (CT 05370)
City Place I, 36th Floor
Hartford, CT 06103-3495
860.275.6700
tfisher@mccarter.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing Appearance was mailed, postage prepaid, this 3rd day of August, 2004, to the following parties and counsel of record:

Jeffrey J. Mirman, Esq.
Levy & Droney, P.C.
74 Batterson Park Road
Farmington, CT  06034

                                                  Timothy S. Fisher (CT 05370)

HARTFORD: 620271.01