UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 AUG -6  A 11: 03

| | |
|---|---|
| JPMORGAN CHASE BANK, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| | ) 3:02-CV-2266 (AWT) |
| v. | ) |
| | ) |
| RIDGEFIELD PROPERTIES LLC and | ) |
| SAMUELS & ASSOCIATES | ) |
| MANAGEMENT, LLC, | ) |
| | ) |
| Defendants. | ) August 4, 2004 |

## ADR STATUS REPORT AND REQUEST TO CONTINUE STAY

JPMorgan Chase Bank ("Chase"), Ridgefield Properties LLC ("Ridgefield Properties") and Samuels & Associates Management, LLC ("Samuels"), pursuant to the Court's Notice to Parties, dated February 20, 2004, respectfully submit this ADR Status Report and Request to Continue Stay.

The parties have met several times with Magistrate Judge Martinez in an effort to resolve this dispute. On July 22, 2004, the parties met again with Magistrate Judge Martinez, this time with a third-party claimant, Stop and Shop Supermarkets ("Stop and Shop").

In an effort to move the mediation process forward, a schedule was agreed upon by the parties and Stop and Shop. This schedule calls for a mutual exchange of documents between the Chase and Stop and Shop on August 25, 2004. The schedule further calls for an exchange of offers and demands. A teleconference between the parties, Stop and Shop, and Magistrate Judge Martinez is scheduled for October 1, 2004, with a mediation conference in Magistrate Judge Martinez's chambers scheduled for October 20, 2004.

GRANTED. The stay shall continue in effect until the sooner of November 1, 2004, or further order of the court. It is so ordered.

Alvin [Thompson], U.S.D.J.