UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 DEC 16 P 3:49
U.S. DISTRICT COURT
HARTFORD, CT.

------------------------------x
JP MORGAN CHASE BANK,          :
                               :
        Plaintiff,             :
                               :
v.                             :   Civil No. 3:02CV02266(AWT)
                               :
RIDGEFIELD PROPERTIES, LLC,    :
and SAMUELS & ASSOCIATES       :
MANAGEMENT, LLC,               :
                               :
        Defendants.            :
                               :
------------------------------x

## ORDER OF TRANSFER

In the interest of justice, this case is hereby transferred to Judge _Robert N. Chatigny_. All further pleadings or documents in this matter should be filed with the Clerk's Office in _Hartford_ and shall bear the docket number 3:02CV02266(RNC). Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See D. Conn. L. Civ. R. 3(a).

It is so ordered.

Dated this 15th day of December, 2004, at Hartford, Connecticut.

Alvin W. Thompson
United States District Judge