UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 DEC 20 A 8:46
U.S. DISTRICT COURT
HARTFORD, CT.

JP MORGAN CHASE BANK,

    Plaintiff,

V.

RIDGEFIELD PROP LLC., ET AL.,

    Defendants.

CASE NO. 3:02CV2266 (RNC)

ORDER

In the interest of justice, the above identified case is hereby transferred to /Judge Alfred V. Covello (Senior). All further pleadings or documents in this matter should be filed with the Clerk's Office in Hartford and bear the docket number 3:02cv2266(AVC.) Pleadings or documents related to this action and filed in any other seat of court, will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 7(a).

So ordered.

Dated at Hartford, Connecticut this 20 day of December 2004.

_____
Robert N. Chatigny
United States District Judge