UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JPMORGAN CHASE BANK

    Vs.                                            CASE NO. 3:02CV2266(AVC)

RIDGEFIELD PROPERTIES, LLC
and SAMUELS & ASSOCIATES
MANAGEMENT, LLC

ORDER RE: STATUS REPORT

This matter having been transferred to the docket of the Honorable Alfred V. Covello on December 20, 2004 and the previously entered stay having been lifted; it is hereby

ORDERED that the parties file and serve on or before January 31, 2005, a status report setting forth the status of this matter and further setting forth proposed deadlines for the Court to establish a new scheduling order, if necessary.

SO ORDERED.

Dated at Hartford, Connecticut, this ____ day of January, 2005.

                                                  /s/ AVC
                                                Alfred V. Covello
                                                United States District Judge