UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JPMORGAN CHASE BANK, | CIVIL ACTION NO.: 3:04 CV 1763 (AWT) |
| Plaintiff, | |
| V. | |
| STOP & SHOP SUPERMARKET CO., | |
| Defendant. | NOVEMBER 30, 2004 |

## MOTION TO CONSOLIDATE

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and Rule 7 of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiff, JPMorgan Chase Bank, n/k/a JPMorgan Chase Bank, N.A. ("Chase"), hereby moves this Court for an order consolidated the above-captioned action with another action pending before this Court entitled, JPMorgan Chase Bank v. Ridgefield Properties LLC, et al., Civil Action No.: 3:02 CV 2266 (AWT) (the "Ridgefield Action"), for all purposes, including trial.

Chase respectfully submits that consolidation of the above-captioned action with the Ridgefield Action is appropriate pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. The claims asserted in both actions arise out of the same underlying transaction and occurrence, involve the same parties, and involve common questions of law and fact. These actions should be consolidated in the interests of judicial economy and to avoid the unnecessary cost and duplicity in litigating two separate actions.

**ORAL ARGUMENT REQUESTED**

January 25, 2005. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

04CV1763eND7