UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JP MORGAN CHASE BANK,<br>*Plaintiff*, | )<br>)<br>) |
| v. | ) Civil Action No. 04-CV-1763 (AVC)<br>) |
| STOP & SHOP SUPERMARKET CO. (sic),<br>*Defendant*. | ) LEAD CASE: 3:02cv2266 (AVC)<br>) |

## MOTION TO EXTEND TIME TO FILE REPORT
## OF PARTIES' PLANNING MEETING

Defendant Stop & Shop Supermarket Company LLC ("Stop & Shop") hereby moves for an extension of time within which to file a Joint Report of Parties' Planning Meeting pursuant to D. Conn. L. Civ. R. 26.

Stop & Shop is a defendant in JP Morgan Chase Bank v. Stop & Shop which, by Order dated January 26, 2005, was consolidated with JP Morgan Chase Bank v. Ridgefield Properties LLC. Stop & Shop hereby moves for an extension of time of thirty (30) days within which to file a Joint Report of Parties' Planning Meeting pursuant to D. Conn. L. Civ. R. 26.

- 1 -

W:\Public\LWise\Stop & Shop - JPMorgan Chase Bank\Pleadings\Motion to Extend Time 01-2005.DOC

LAW OFFICES • ROGIN, NASSAU, CAPLAN, LASSMAN & HIRTLE, LLC
CITYPLACE • HARTFORD, CONNECTICUT 06103-3460 • (860) 278-7480 • JURIS NO. 50793

Counsel for JP Morgan Chase Bank (plaintiff in each case) and for Ridgefield Properties LLC and Samuels & Associates Management, LLC (defendants in 3:02 CV 2266 (AVC)) have no objection to the granting of this motion.

January 31, 2005

Respectfully submitted,
THE STOP & SHOP SUPERMARKET
COMPANY LLC

_/s/ Lewis K. Wise_

Lewis K. Wise [ct05716]
Rogin, Nassau, Caplan, Lassman & Hirtle, LLC
CityPlace I, 22nd Floor, 185 Asylum Street
Hartford, CT 06103-3460
Telephone (860) 278-7480
Facsimile (860) 278-2179

Of counsel:

Frank J. Bailey
James W. Matthews
Anthony L. DeProspo, Jr.
SHERIN AND LODGEN LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 646-2000

- 2 -

W:\Public\LWise\Stop & Shop - JPMorgan Chase Bank\Pleadings\Motion to Extend Time 01-2005.DOC

LAW OFFICES • ROGIN, NASSAU, CAPLAN, LASSMAN & HIRTLE, LLC
CITYPLACE • HARTFORD, CONNECTICUT 06103-3460 • (860) 278-7480 • JURIS NO. 50793

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed via first-class mail, postage prepaid, on this 31st day of January, 2005 to the following:

Timothy S. Fisher, Esq.
Jason C. Welch, Esq.
McCarter & English LLP
CityPlace I, 185 Asylum Street
Hartford, CT 06103

Jeffrey J. Mirman, Esq.
Levy & Droney, P.C.
74 Batterson Park Road
Farmington, CT 06034

_____
Lewis K. Wise

W:\Public\LWise\Stop & Shop - JPMorgan Chase Bank\Pleadings\Motion to Extend Time 01-2005.DOC