# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JP MORGAN CHASE BANK,<br>    *Plaintiff,* | )<br>)<br>) |
| v. | )<br>) Civil Action No. 04-CV-1763 (AVC) |
| STOP & SHOP SUPERMARKET CO. (sic),<br>    *Defendant.* | )<br>) LEAD CASE: 3:02CV2266 (AVC)<br>) |

FILED 2005 JAN 31 P 3 36

## MOTION TO EXTEND TIME TO FILE REPORT
## OF PARTIES' PLANNING MEETING

Defendant Stop & Shop Supermarket Company LLC ("Stop & Shop") hereby moves for an extension of time within which to file a Joint Report of Parties' Planning Meeting pursuant to D. Conn. L. Civ. R. 26.

Stop & Shop is a defendant in <u>JP Morgan Chase Bank v. Stop & Shop</u> which, by Order dated January 26, 2005, was consolidated with <u>JP Morgan Chase Bank v. Ridgefield Properties LLC</u>. Stop & Shop hereby moves for an extension of time of thirty (30) days within which to file a Joint Report of Parties' Planning Meeting pursuant to D. Conn. L. Civ. R. 26.

February 1, 2005. GRANTED. SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED 2005 FEB -2 A 10: 56 U.S. DISTRICT COURT HARTFORD, CT

W:\Public\Wise\Stop & Shop - JPMorgan Chase Bank\Pleadings\Motion to Extend Time 01-2005.DOC

LAW OFFICES • **ROGIN, NASSAU, CAPLAN, LASSMAN & HIRTLE, LLC**
CITYPLACE • HARTFORD, CONNECTICUT 06103-3460 • (860) 278-7480 • JURIS NO. 50793