UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JPMORGAN CHASE BANK,<br><br>Plaintiff,<br><br>v.<br><br>RIDGEFIELD PROPERTIES LLC,<br>SAMUELS & ASSOCIATES<br>MANAGEMENT, LLC, and THE STOP &<br>SHOP SUPERMARKET COMPANY, LLC,<br><br>Defendants. | )<br>)<br>) CIVIL ACTION NO.<br>) 3:02-CV-2266 (AVC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) March 10, 2005 |

## MOTION TO STRIKE FIFTH AFFIRMATIVE DEFENSE

Plaintiff JPMorgan Chase Bank ("Chase"), pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, moves to strike Defendants Ridgefield Properties LLC's and Samuels & Associates Management, LLC's, Fifth Affirmative Defenses as insufficient.

As further articulated in the accompanying Memorandum of Law, their Fifth Affirmative Defense -- that "[t]he Plaintiff engaged in fraudulent conduct" -- neither sets forth a prima facia defense of fraud, nor complies with the specificity required by Rule 9(b) of the Federal Rules of Civil Procedure. Thus, it should be stricken.

WHEREFORE, the Plaintiff requests that the Court grant its Motion to Strike Fifth Affirmative Defense without granting leave to replead that Defense.

HARTFORD: 634738.01

RESPECTFULLY SUBMITTED,
THE PLAINTIFF,
JPMORGAN CHASE BANK,
BY MCCARTER & ENGLISH, LLP
ITS ATTORNEYS

By: _____
    Timothy S. Fisher (CT 05370)
    Jason C. Welch (CT 23418)
    McCarter & English, LLP
    City Place I, 36th Floor
    Hartford, CT 06103-3495
    860.275.6775
    tfisher@mccarter.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION TO STRIKE FIFTH AFFIRMATIVE DEFENSE has been sent via regular mail, postage prepaid this 10th day of March, 2005.

    Jeffrey J. Mirman, Esq.
    Levy & Droney PC
    74 Batterson Park Road
    P.O. Box 887
    Farmington, CT 06034-0887

    Lewis Wise, Esq.
    Rogin Nassau
    CityPlace I
    185 Asylum Street
    Hartford, CT 06103

_____
Jason C. Welch