UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JPMORGAN CHASE BANK, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | 3:02-CV-2266 (AVC) |
| v. ) | |
| ) | |
| RIDGEFIELD PROPERTIES LLC, ) | |
| SAMUELS & ASSOCIATES ) | |
| MANAGEMENT, LLC, and THE STOP & ) | |
| SHOP SUPERMARKET COMPANY, LLC, ) | |
| ) | |
| Defendants. ) | March 10, 2005 |

## MOTION TO DISMISS THIRD COUNTERCLAIM

Plaintiff JPMorgan Chase Bank ("Chase"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves to dismiss Defendant Ridgefield Properties LLC's ("Ridgefield Properties") Third Counterclaim for failing to state a claim upon which relief may be granted.

As stated more fully in the accompanying Memorandum of Law, the Third Counterclaim fails to plead, other than by bald assertions, the requisite elements of a claim for tortious interference. Specifically, Ridgefield Properties has not adequately alleged malice, which is required pursuant to Connecticut law. Furthermore, to the extent that Ridgefield Properties seeks to claim economic losses in tort from conduct reached by its lease with Chase, it cannot do so. Such claims are barred by Connecticut's economic loss rule. Thus, Ridgefield Properties' Third Counterclaim does not state a claim upon which relief may be granted and should, therefore, be dismissed.

HARTFORD: 634746.01

WHEREFORE, the Plaintiff requests that the Court grant its Motion to Dismiss Third Counterclaim.

                                          RESPECTFULLY SUBMITTED,
                                          THE PLAINTIFF,
                                          JPMORGAN CHASE BANK,
                                          BY MCCARTER & ENGLISH, LLP
                                          ITS ATTORNEYS

By: _____
                                          Timothy S. Fisher (CT 05370)
                                          Jason C. Welch (CT 23418)
                                          McCarter & English, LLP
                                          City Place I, 36th Floor
                                          Hartford, CT 06103-3495
                                          860.275.6775
                                          tfisher@mccarter.com

...

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION TO DISMISS THIRD COUNTERCLAIM has been sent via regular mail, postage prepaid this 10th day of March, 2005.

      Jeffrey J. Mirman, Esq.
      Levy & Droney PC
      74 Batterson Park Road
      P.O. Box 887
      Farmington, CT 06034-0887

      Lewis Wise, Esq.
      Rogin Nassau
      CityPlace I
      185 Asylum Street
      Hartford, CT 06103

_____
Jason C. Welch