UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ******************************************* | : | |
| **JP MORGAN CHASE BANK,** | : | **Civil Action No.** |
| *Plaintiff* | : | **3:02CV2266(AVC)** |
| | : | |
| v. | : | |
| | : | |
| **RIDGEFIELD PROPERTIES, LLC and** | : | |
| **THE STOP & SHOP SUPERMARKET CO.,LLC** | : | |
| *Defendants* | : | **March 14, 2005** |
| ******************************************* | | |

## MOTION TO PERMIT VISITING ATTORNEYS TO APPEAR

Defendant, The Stop & Shop Supermarket Company, LLC, defendant in <u>J P Morgan Chase Bank v. The Stop & Shop Supermarket Company, LLC</u>, C.A. No. 3:04CV1763 in this consolidated action, hereby moves pursuant to Rule 83.1 of the Local Rules of Civil Procedure to permit visiting attorneys John C. La Liberte and Anthony L. DeProspo, Jr. of the Boston law firm of Sherin and Lodgen LLP to appear in this consolidated action. This Motion is accompanied by Affidavits executed by each in compliance with Rule 83.1, and by the fees required by the Rule.

        RESPECTFULLY SUBMITTED
        THE DEFENDANT,
        THE STOP & SHOP SUPERMARKET
        COMPANY, LLC

By    /s/ Lewis K. Wise
       Lewis K. Wise [ct05716]
       ROGIN, NASSAU, CAPLAN,
       LASSMAN & HIRTLE, LLC
       CityPlace I, 22nd Floor
       185 Asylum Street
       Hartford, CT  06103-3460
       Tel. No. (860) 278-7480
       Fax No. (860) 278-2179
       Email lwise@roginlaw.com

**CERTIFICATION**

This is to certify that a copy of the foregoing Motion has been mailed via first-class mail, postage prepaid, on this 14th day of March, 2005 to the following:

Timothy S. Fisher, Esq.
Jason C. Welch, Esq.
McCarter & English LLP
CityPlace I, 185 Asylum Street
Hartford, CT  06103

Jeffrey J. Mirman, Esq.
Levy & Droney PC
74 Batterson Park Road
P. O. Box 887
Farmington, CT  06034-0887

John C. La Liberte, Esq.
Sherin and Lodgen LLP
101 Federal Street
Boston, MA  02110

          _____/s/ Lewis K. Wise_____
              Lewis K. Wise
- 2 -

\\Caplan\Documents\Public\LWise\Stop & Shop - JPMorgan Chase Bank\Pleadings\Motion to Permit Visiting Attys to Appear 3-14-05.doc