UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JP MORGAN CHASE BANK,<br><br>    Plaintiff,<br><br>v.<br><br>RIDGEFIELD PROPERTIES, LLC and<br>THE STOP & SHOP SUPERMARKET<br>CO. LLC,<br><br>    Defendants. | CIVIL ACTION NO. 3:02CV2266 (AVC) |

### AFFIDAVIT OF JOHN C. LA LIBERTE IN SUPPORT OF
### MOTION FOR ADMISSION PRO HAC VICE

I, John C. La Liberte, on my oath swear and depose:

1.    I am a partner of the law firm of Sherin and Lodgen LLP, 101 Federal Street, Boston, Massachusetts 02110. Telephone: (617) 646-2000. Fax: (617) 646-2222. E-mail: jclabiberte@sherin.com.

2.    I was admitted to the Bar of the Commonwealth of Massachusetts in 1990, and admitted to the Bar of the State of New Hampshire in 1989.

3.    I have not previously been denied admission or disciplined by this Court, or any other Court. I am in good standing in every jurisdiction where I have been admitted to practice. I am not currently suspended or disbarred in any jurisdiction. No disciplinary proceedings are pending against me in any jurisdiction.

4.    I have fully reviewed and am familiar with the Local Rules of the United States District Court for the District of Connecticut.

5. My firm represents Defendant The Stop & Shop Supermarket Company LLC and I respectfully request admission to the Bar of this Court *Pro Hac Vice*.

Signed under the penalties of perjury this ⁄ day of March, 2005.

_____
John C. La Liberte

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                                                     March 11, 2005

Then personally appeared the above-named John C. La Liberte and acknowledged the foregoing instrument to be his free act and deed, before me

_____
Sherry Collins
Notary Public:
My Commission expires: 3/12/2010



SHERRY COLLINS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
March 12, 2010