UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JP MORGAN CHASE BANK,<br><br>    Plaintiff,<br><br>v.<br><br>RIDGEFIELD PROPERTIES, LLC and<br>THE STOP & SHOP SUPERMARKET<br>CO. LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 3:02CV2266 (AVC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF ANTHONY L. DePROSPO, JR. IN SUPPORT OF
## MOTION FOR ADMISSION PRO HAC VICE

I, Anthony L. DeProspo, Jr., on my oath swear and depose:

1. I am an associate at the law firm of Sherin and Lodgen LLP, 101 Federal Street, Boston, Massachusetts 02110. Telephone: (617) 646-2000. Fax: (617) 646-2222. E-mail: aldeprospo@sherin.com.

2. I was admitted to the Bar of the Commonwealth of Massachusetts in 1999, and admitted to the District of Columbia Bar in 2000.

3. I have not previously been denied admission or disciplined by this Court, or any other Court. I am in good standing in every jurisdiction where I have been admitted to practice. I am not currently suspended or disbarred in any jurisdiction. No disciplinary proceedings are pending against me in any jurisdiction.

4. I have fully reviewed and am familiar with the Local Rules of the United States District Court for the District of Connecticut.

00056493.DOC /

5. My firm represents Defendant The Stop & Shop Supermarket Company LLC and I respectfully request admission to the Bar of this Court *Pro Hac Vice*.

Signed under the penalties of perjury this 11th day of March, 2005.

Anthony L. DeProspo, Jr.

## COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.   March 11, 2005

Then personally appeared the above-named Anthony L. DeProspo, Jr. and acknowledged the foregoing instrument to be his free act and deed, before me

Notary Public: Sherry Collins
My Commission expires: March 12, 2010



SHERRY COLLINS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
March 12, 2010

00056493.DOC /