# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## APPEARANCE

JP Morgan Chase Bank

CASE NUMBER: 3:02-CV-2266 (AVC)

V

Ridgefield Prop. LLC, et al

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

The Stop & Shop Supermarket LLC

---

March 18, 2005
**Date**

Signature

PHV0174
**Connecticut Federal Bar Number**

Anthony L. DeProspo
**Print Clearly or Type Name**

(617) 646-2193
**Telephone Number**

Sherin and Lodgen LLP
**Address**

(617) 646-2222
**Fax Number**

101 Federal Street
Boston, MA 02110

aldeprospo@sherin.com
**E-mail address**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Lewis K. Wise, Esq.
Rogin, Nassau, Caplan,
  Lassman & Hirtle, LLC
CityPlace I, 22nd Floor
185 Asylum Street
Hartford, CT 06103-3460

Jeffrey J. Mirman, Esq.
Levy & Droney PC
74 Batterson Park Road
P.O. Box 887
Farmington, CT 06034

Timothy S. Fisher, Esq.
Jason C. Welch, Esq.
McCarter & English, LLP
185 Asylum Place
CityPlace I
Hartford, CT 06103

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## APPEARANCE

JP Morgan Chase Bank

v.

Ridgefield Prop. LLC, et al

CASE NUMBER: 3:02-CV-2266 (AVC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

The Stop & Shop Supermarket LLC

---

March 18, 2005
**Date**

PHV0175
**Connecticut Federal Bar Number**

(617) 646-2173
**Telephone Number**

(617) 646-2222
**Fax Number**

jclaliberte@sherin.com
**E-mail address**

*Signature*

John C. La Liberte
**Print Clearly or Type Name**

Sherin and Lodgen LLP
**Address**

101 Federal Street
Boston, MA 02110

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

| | | |
|---|---|---|
| Lewis K. Wise, Esq. | Jeffrey J. Mirman, Esq. | Timothy S. Fisher, Esq. |
| Rogin, Nassau, Caplan, Lassman & Hirtle, LLC | Levy & Droney PC | Jason C. Welch, Esq. |
| CityPlace I, 22nd Floor | 74 Batterson Park Road | McCarter & English, LLP |
| 185 Asylum Street | P.O. Box 887 | 185 Asylum Place |
| Hartford, CT 06103-3460 | Farmington, CT 06034 | CityPlace I |
| | | Hartford, CT 06103 |

*Signature*

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24