UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JPMORGAN CHASE BANK, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 3:02-CV-2266 (AVC) |
| v. | ) | |
| | ) | |
| RIDGEFIELD PROPERTIES LLC, | ) | |
| SAMUELS & ASSOCIATES | ) | |
| MANAGEMENT, LLC, and THE STOP & | ) | |
| SHOP SUPERMARKET COMPANY, LLC, | ) | |
| | ) | |
| Defendants. | ) | March 29, 2005 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT
STOP & SHOP SUPERMARKET COMPANY LLC'S COUNTERCLAIMS**

Pursuant to Rule 7(b)(1) of the Local Civil Rules of the United States District Court for the District of Connecticut, Plaintiff JPMorgan Chase Bank moves for an extension of time of thirty (30) days, up to and including April 30, 2005, to respond to Defendant the Stop & Shop Supermarket Company LLC's Counterclaims.

In support of this Motion, the Plaintiff states that:

1. On March 11, 2005, Defendant the Stop & Shop Supermarket Company LLC answered Plaintiff's Complaint and filed two Counterclaims.

2. JPMorgan Chase Bank requires additional time in which to respond to these Counterclaims.

3. This is the first such request for additional time with respect this limitation.

4. Counsel for JPMorgan Chase Bank has contacted counsel for the Stop & Shop Supermarket Company LLC, Lewis K. Wise, Esq., who consents to the relief requested by this Motion.

WHEREFORE, Plaintiff JPMorgan Chase Bank requests that it be granted an additional thirty (30) days, up to and including April 30, 2005, to respond to Defendant's Counterclaims.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF,
JPMORGAN CHASE BANK,
BY MCCARTER & ENGLISH, LLP
ITS ATTORNEYS

By: _____
    Timothy S. Fisher (CT 05370)
    Jason C. Welch (CT 23418)
    McCarter & English, LLP
    City Place I, 36th Floor
    Hartford, CT 06103-3495
    860.275.6775
    tfisher@mccarter.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION FOR EXTENSION OF TIME has been sent via regular mail, postage prepaid this 29th day of March, 2005.

Jeffrey J. Mirman, Esq.
Levy & Droney PC
74 Batterson Park Road
P.O. Box 887
Farmington, CT 06034-0887

Lewis K. Wise, Esq.
Rogin Nassau
CityPlace I
185 Asylum Street
Hartford, CT 06103

_____
Jason C. Welch