UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 MAR 15  P 3: 59

| | |
|---|---|
| JP MORGAN CHASE BANK,<br>Plaintiff, | : |
| VS. | : Civil No. 3:04CV1763 (AVC) |
| RIDGEFIELD PROPERTIES LLC,<br>SAMUELS & ASSOCIATES<br>MANAGEMENT, LLC, and THE<br>STOP & SHOP SUPERMARKET<br>COMPANY LLC,<br>Defendants. | : |

## SCHEDULING ORDER

(1) The parties shall have to and including August 31, 2005 to file motions to amend the pleadings;

(2) all other discovery, including depositions of all witnesses, shall be completed by December 31, 2005;

(3) the parties shall exchange a damage analysis, if necessary, on or before November 30, 2005;

(4) the plaintiff shall designate all trial experts and provide opposing counsel with reports from retained experts on or before November 30, 2005, and depositions of any such experts shall be completed by December 31, 2005;

(5) the defendants shall designate all trial experts and provide opposing counsel with reports from retained experts on or before November 30, 2005, and depositions of any such experts shall be completed by December 31, 2005;

(6) all motions, except motions in limine incident to a trial, shall be filed on or before January 31, 2006;

(7) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on March 31, 2006;

(8) the case shall be ready for trial by May 1, 2006.

It is so ordered this 15th day of March, 2005 at Hartford, Connecticut.

Alfred V. Covello, U.S.D.J.