UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAR 29 P 3:01
US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| JPMORGAN CHASE BANK, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| | ) 3:02-CV-2266 (AVC) |
| v. | ) |
| | ) |
| RIDGEFIELD PROPERTIES LLC, | ) |
| SAMUELS & ASSOCIATES | ) |
| MANAGEMENT, LLC, and THE STOP & | ) |
| SHOP SUPERMARKET COMPANY, LLC, | ) |
| | ) |
| Defendants. | ) March 29, 2005 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT STOP & SHOP SUPERMARKET COMPANY LLC'S COUNTERCLAIMS**

Pursuant to Rule 7(b)(1) of the Local Civil Rules of the United States District Court for the District of Connecticut, Plaintiff JPMorgan Chase Bank moves for an extension of time of thirty (30) days, up to and including April 30, 2005, to respond to Defendant the Stop & Shop Supermarket Company LLC's Counterclaims.

In support of this Motion, the Plaintiff states that:

1. On March 11, 2005, Defendant the Stop & Shop Supermarket Company LLC answered Plaintiff's Complaint and filed two Counterclaims.

2. JPMorgan Chase Bank requires additional time in which to respond to these Counterclaims.

3. This is the first such request for additional time with respect this limitation.

4. Counsel for JPMorgan Chase Bank has contacted counsel for the Stop & Shop Supermarket Company LLC, Lewis K. Wise, Esq., who consents to the relief requested by this Motion.

HARTFORD: 636228.01

*[Margin annotation: GRANTED. Alfred V. Covello, U.S.D.J. April 4, 2005. SO ORDERED.]*