The Chase Manhattan Bank
Corporate Properties Group
One Chase Square
Rochester, New York  14643
(716) 258-5343
Fax (716) 258-7434

Brendan M. O'Riordan
Vice President



December 3, 1999

Mr. Joel Sklar
Samuels & Associates
333 Newbury Street
Boston, MA. 02115

Re   : Chase Manhattan Bank branch
        Copps Hill Plaza, Ridgefield, CT.

Dear Mr. Sklar,

Thanks very much for your recent 'phone call regarding the Bank's branch at the captioned location. While I appreciate the 'phone call, I am disappointed to hear that retention of the Bank's tenancy in the Plaza, after the current expiration of the lease at the end of 2002, is not in your plans with regard to the revamping of the Plaza. This letter is to formally request that you reconsider that decision.

The Bank faced a similar situation several months ago in a Plaza in Trumbull where the enlargement of a Stop and Shop store was the focal point of a redevelopment of a Plaza. Initially, the owner of the Plaza (Stop and Shop) did not give consideration to extending the Bank's lease beyond its expiration (as with Ridgefield, the lease did not carry a renewal option). After much discussion, the Bank and Stop and Shop agreed to a ten-year lease for a new inline storefront. A remote drive in was also part of the arrangement. The negotiations were fruitful for both Landlord and Tenant. The Bank is now in its new storefront location in the revamped Plaza and Stop and Shop enjoys a beautiful new store.

I look forward to the possibility of accomplishing similar results at Copps Hill Plaza and to that end, am anxious to hear from you.

Thanks.

Sincerely,

Brendan M. O'Riordan

The Chase Manhattan Bank  
Corporate Properties Group  
One Chase Square  
Rochester, New York 14643  
(716) 258-5343  
Fax (716) 258-7434

Brendan M. O'Riordan  
Vice President



February 3, 2000

Mr. Joel Sklar  
Samuels & Associates Management, LLC  
333 Newbury Street  
Boston, MA. 02115

Re: Chase Manhattan Bank branch  
Copps Hill Plaza  
Ridgefield, CT.

Dear Joel,

Thanks for returning my call which was a follow up to my recent letter about the Bank's wanting to remain a tenant at Copps Hill Plaza.

I've enclosed a copy of a site plan depicting the Bank's remote drive in facility at the Quality Street Stop and Shop Plaza in Trumbull. A photo of a typical *kiosk* is also attached although the exact "housing" of the ATM would not necessarily be the same as that shown. The facility shown in the photo represents a *typical* installation only.

The above referenced installation would be of interest to the Bank in connection with its ability to secure an approximately 2500 sq. ft. storefront. In the event an end-cap storefront could be made available with a drive up window, the remote ATM, of course, would then become unnecessary.

Your consideration is appreciated.

Sincerely,

Brendan M. O'Riordan

The Chase Manhattan Bank                           Brendan M. O'Riordan
Corporate Properties Group                         Vice President
One Chase Square
Rochester, New York 14643
(716) 258-5343
Fax (716) 258-7434

 **CHASE**

March 22, 2000

Mr. Joel Sklar
Samuels & Associates Management, LLC
333 Newbury Street
Boston, Massachusetts 02115

Re:   Chase Manhattan Bank branch
      Copps Hill Plaza
      Ridgefield, CT.

Deal Joel,

When last we spoke you had mentioned that it would be possible for the Bank to remain a tenant at Copps Hill subsequent to the proposed revamp of the Plaza. The Bank's tenancy, as I understand it, would be in a storefront. There would, however, not be a drive up.

Under the no drive up scenario, I noted that the Bank would be interested in remaining in the Plaza in the event a suitable (close in proximity) remote drive up site could be secured. I further noted that, should such a suitable site be secured, the Bank could possibly entertain relocating prior to the scheduled expiration date of its lease, December 31, 2002.

Is there a drawing available which would indicate how the Plaza would look in its revamped state and how the Bank would be situated in a storefront location?

The Bank would need to occupy approximately 2600 sq. ft.

Thanks very much.

Sincerely,

Brendan M. O'Riordan



# Memorandum

To:     Joel Sklar
        **Samuels & Associates**

From:   Brendan M. O'Riordan
        Corporate Properties Group, S-2

Date:   January 31, 2001

Re:     **Copps Hill Plaza
        Ridgefield, CT.**

---

I'm remiss for not having written sooner but I was expecting a note from you to confirm our conversation over that nice dinner we had in Ridgefield a few weeks ago.

The Bank continues its interest in the space you have earmarked in the revamped Plaza – but needs to have a drive-up. Any luck persuading the local fathers?

Are there any new developments with regard to the office building on Copps Hill Road?