UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JPMORGAN CHASE BANK, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | 3:02-CV-2266 (AVC) |
| v. ) | |
| ) | |
| RIDGEFIELD PROPERTIES LLC, ) | |
| SAMUELS & ASSOCIATES ) | |
| MANAGEMENT, LLC, and THE STOP & ) | |
| SHOP SUPERMARKET COMPANY, LLC, ) | |
| ) | |
| Defendants. ) | June 2, 2005 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT STOP & SHOP SUPERMARKET COMPANY LLC'S
REQUESTS FOR PRODUCTION AND INTERROGATORIES**

Pursuant to Rule 7(b)(1)(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, Plaintiff JPMorgan Chase Bank, N.A., formerly known as JPMorgan Chase Bank, ("Chase") moves for an extension of time of thirty (30) days, up to and including July 10, 2005, to respond to Defendant the Stop & Shop Supermarket Company LLC's Requests for Production and Interrogatories.

In support of this Motion, the Plaintiff states that:

1. On May 10, 2005, Defendant the Stop & Shop Supermarket Company LLC served counsel for Chase with Requests for Production and Interrogatories.

2. Chase requires additional time in which to respond to these Requests and Interrogatories.

3. This is the first such request for additional time with respect this limitation.

HARTFORD: 641260.01

-2-

4.  Counsel for Chase has contacted counsel for the Stop & Shop Supermarket Company LLC, Lewis K. Wise, Esq., who consents to the relief requested by this Motion.

WHEREFORE, Plaintiff JPMorgan Chase Bank requests that it be granted an additional thirty (30) days, up to and including July 10, 2005, to respond to Defendant's Requests for Production and Interrogatories.

> RESPECTFULLY SUBMITTED,
> THE PLAINTIFF,
> JPMORGAN CHASE BANK,
> BY MCCARTER & ENGLISH, LLP
> ITS ATTORNEYS
>
> By: _____
> Timothy S. Fisher (CT 05370)
> Jason C. Welch (CT 23418)
> McCarter & English, LLP
> City Place I, 36th Floor
> Hartford, CT 06103-3495
> 860.275.6775
> tfisher@mccarter.com

-3-

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION FOR EXTENSION OF TIME has been sent via regular mail, postage prepaid this 2nd day of June, 2005.

Jeffrey J. Mirman, Esq.
Levy & Droney PC
74 Batterson Park Road
P.O. Box 887
Farmington, CT 06034-0887

Lewis K. Wise, Esq.
Rogin Nassau
CityPlace I
185 Asylum Street
Hartford, CT 06103

_____
Jason C. Welch