UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JPMORGAN CHASE BANK,           )
                               )
          Plaintiff,           )  CIVIL ACTION NO.
                               )  3:02-CV-2266 (AWT)
     v.                        )
                               )
RIDGEFIELD PROPERTIES LLC and  )
SAMUELS & ASSOCIATES           )
MANAGEMENT, LLC,               )
                               )
          Defendants.          )  September 2, 2003

### MOTION TO DISMISS THIRD COUNTERCLAIM

Plaintiff JPMorgan Chase Bank ("Chase"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves to dismiss Defendant Ridgefield Properties LLC's ("Ridgefield Properties") Third Counterclaim for failing to state a claim upon which relief may be granted.

As stated more fully in the accompanying Memorandum of Law, the Third Counterclaim fails to plead, other than by bald assertions, the requisite elements of a claim for tortious interference. Specifically, Ridgefield Properties has not adequately alleged malice, which is required pursuant to

---

3:02cv2266 (AVC). The motion is denied without prejudice to its re-argument, if desired, at summary judgment.

SO ORDERED.

Alfred V. Covello, U.S.D.J.

[margin annotation: 02cv2266end #18   It is so ordered. See Doc. #35. if the case does not settle. prejudice to renewal once the stay is lifted,]