FILED
2003 SEP -2 P 1:2⁰
US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JPMORGAN CHASE BANK,           )
                               )
            Plaintiff,         )   CIVIL ACTION NO.
                               )   3:02-CV-2266 (AWT)
    v.                         )
                               )
RIDGEFIELD PROPERTIES LLC and  )
SAMUELS & ASSOCIATES           )
MANAGEMENT, LLC,               )
                               )
            Defendants.        )   September 2, 2003

### MOTION TO STRIKE FIFTH AFFIRMATIVE DEFENSE

Plaintiff JPMorgan Chase Bank ("Chase"), pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, moves to strike Defendants' Ridgefield Properties LLC and Samuels & Associates, LLC, Fifth Affirmative Defense as insufficient.

As further articulated in the accompanying Memorandum of Law, Defendants' Fifth Affirmative Defense -- that "[t]he Plaintiff engaged in fraudulent conduct" -- neither sets forth a prima facia defense of fraud, nor does it comply with the specificity required by Rule 9(b) of the Federal Rules of Civil Procedure. Thus, it should be stricken.

3:02cv2266 (AVC). The motion is denied without prejudice to its re-argument, if desired, at summary judgment.

SO ORDERED.

Alfred V. Covello, U.S.D.J.

[Margin annotation: 02cv2266end#20 — It is so ordered. See Doc. #35. Prejudice to renewal once the stay is lifted, if the case does not settle.]