UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JPMORGAN CHASE BANK, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 3:02-CV-2266 (AVC) |
| v. | ) | |
| | ) | |
| RIDGEFIELD PROPERTIES LLC, | ) | |
| SAMUELS & ASSOCIATES | ) | |
| MANAGEMENT, LLC, and THE STOP & | ) | |
| SHOP SUPERMARKET COMPANY, LLC, | ) | |
| | ) | |
| Defendants. | ) | September 2, 2005 |

**PLAINTIFF'S CONSENTED TO MOTION FOR EXTENSION OF TIME
TO ANSWER DEFENDANTS' COUNTERCLAIMS**

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, Plaintiff JPMorgan Chase Bank, N.A., formerly known as JPMorgan Chase Bank, ("Chase") moves for an extension of time of ten (10) days, up to and including September 12, 2005, to respond to Defendant Ridgefield Properties LLC's and the Stop & Shop Supermarket Company LLC's Counterclaims.

In support of this Motion, the Plaintiff states that:

1. On August 18, 2005, the Court granted in part and denied in part Chase's Motions to Dismiss the Defendants' counterclaims.

2. Because of holidays and planned vacations, Chase requires additional time to Answer the remaining counterclaims.

3. This is the first such request for additional time with respect to this limitation.

HARTFORD: 641260.01

-2-

4. Counsel for Chase has contacted counsel for the Stop & Shop Supermarket Company LLC, Anthony DeProspo, Jr., Esq., who consents to the relief requested by this Motion.

5. Counsel for Chase has contacted counsel for the Ridgefield Properties LLC, Jeff Mirman, Esq., who consents to the relief requested by this Motion.

WHEREFORE, Plaintiff JPMorgan Chase Bank requests that it be granted an additional ten (10) days, up to and including September 12, 2005, to Answer the Defendants' Counterclaims.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF,
JPMORGAN CHASE BANK,
BY MCCARTER & ENGLISH, LLP
ITS ATTORNEYS

By: _____
Timothy S. Fisher (CT 05370)
Jason C. Welch (CT 23418)
McCarter & English, LLP
City Place I, 36th Floor
Hartford, CT 06103-3495
860.275.6775
tfisher@mccarter.com

-3-

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION FOR EXTENSION OF TIME has been sent via regular mail, postage prepaid this 2nd day of September, 2005.

Jeffrey J. Mirman, Esq.
Levy & Droney PC
74 Batterson Park Road
P.O. Box 887
Farmington, CT 06034-0887

Lewis K. Wise, Esq.
Rogin Nassau
CityPlace I
185 Asylum Street
Hartford, CT 06103

John C. La Liberte, Esq.
Anthony DiProspo, Jr., Esq.
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

_____
Jason C. Welch