UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2005 SEP -2 P 12: 33
DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| JPMORGAN CHASE BANK, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| | ) 3:02-CV-2266 (AVC) |
| v. | ) |
| | ) |
| RIDGEFIELD PROPERTIES LLC, | ) |
| SAMUELS & ASSOCIATES | ) |
| MANAGEMENT, LLC, and THE STOP & | ) |
| SHOP SUPERMARKET COMPANY, LLC, | ) |
| | ) |
| Defendants. | ) September 2, 2005 |

### PLAINTIFF'S CONSENTED TO MOTION FOR EXTENSION OF TIME TO ANSWER DEFENDANTS' COUNTERCLAIMS

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, Plaintiff JPMorgan Chase Bank, N.A., formerly known as JPMorgan Chase Bank, ("Chase") moves for an extension of time of ten (10) days, up to and including September 12, 2005, to respond to Defendant Ridgefield Properties LLC's and the Stop & Shop Supermarket Company LLC's Counterclaims.

In support of this Motion, the Plaintiff states that:

1. On August 18, 2005, the Court granted in part and denied in part Chase's Motions to Dismiss the Defendants' counterclaims.

2. Because of holidays and planned vacations, Chase requires additional time to Answer the remaining counterclaims.

3. This is the first such request for additional time with respect to this limitation.

GRANTED.
Alfred V. Covello, U.S.D.J.

September 12, 2005.
SO ORDERED.

FILED 2005 SEP 14 9:59 DISTRICT COURT HARTFORD, CT.

HARTFORD: 641260.01