UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| JPMORGAN CHASE BANK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RIDGEFIELD PROPERTIES LLC, )<br>SAMUELS & ASSOCIATES )<br>MANAGEMENT, LLC, and THE STOP & )<br>SHOP SUPERMARKET COMPANY, LLC, )<br>)<br>Defendants. ) | 2005 MAR 11  A 10: 19<br><br>CIVIL ACTION NO.<br>3:02 CV-2266 (AVC)<br><br><br><br><br><br><br><br>March 10, 2005 |

### MOTION TO STRIKE FIFTH AFFIRMATIVE DEFENSE

Plaintiff JPMorgan Chase Bank ("Chase"), pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, moves to strike Defendants Ridgefield Properties LLC's and Samuels & Associates Management, LLC's, Fifth Affirmative Defenses as insufficient.

As further articulated in the accompanying Memorandum of Law, their Fifth Affirmative Defense -- that "[t]he Plaintiff engaged in fraudulent conduct" -- neither sets forth a prima facia defense of fraud, nor complies with the specificity required by Rule 9(b) of the Federal Rules of Civil Procedure. Thus, it should be stricken.

WHEREFORE, the Plaintiff requests that the Court grant its Motion to Strike Fifth Affirmative Defense without granting leave to replead that Defense.

*The motion is denied.*
*Alfred V. Covello, U.S.D.J.*
*September 27, 2005.*
*SO ORDERED.*

HARTFORD: 634738.01