UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JP MORGAN CHASE BANK, | ) | |
| | ) | |
| Plaintiff | ) | CIVIL ACTION NO. 3:02-CV-2266 (AVC) |
| v. | ) | |
| | ) | |
| RIDGEFIELD PROPERTIES LLC, | ) | |
| SAMUELS & ASSOCIATES | ) | |
| MANAGEMENT, LLC, and THE STOP & | ) | |
| SHOP SUPERMARKET COMPANY, LLC, | ) | |
| | ) | |
| Defendants. | ) | October 4, 2005 |

**JOINT MOTION FOR ENTRY OF STIPULATION AND ORDER GOVERNING THE PRODUCTION AND EXCHANGE OF CONFIDENTIAL INFORMATION**

JP Morgan Chase Bank NA ("Chase") and The Stop & Shop Supermarket Company LLC ("Stop & Shop"), hereby jointly move this Court for entry of the Attached Stipulation and Order Governing the Production and Exchange of Confidential Information which may be produced in this action.

Dated October 4, 2005

JP MORGAN CHASE BANK NA,

By its attorneys,

_____
Timothy S. Fisher (CT 5370)
tfisher@mccarter.com
Jason C. Welch (CT 23418)
McCARTER & ENGLISH, LLP
City Place I, 36th Floor
Hartford, Connecticut 06103-3495
(860) 275-6775
(860) 724-3397 fax

Dated October 4, 2005

THE STOP & SHOP SUPERMARKET
COMPANY LLC,
By its attorneys,

_____
Lewis K. Wise
ROGIN NASSAU
CityPlace I
185 Asylum Street
Hartford, CT 06103

John C. La Liberte
Anthony L. DeProspo, Jr.
SHERIN AND LODGEN LLP
Boston, Massachusetts 02110

-2-

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been sent via regular mail, postage prepaid this 4th day of October, 2005.

>Jeffrey J. Mirman, Esq.
>Levy & Droney PC
>74 Batterson Park Road
>P.O. Box 887
>Farmington, CT 06034-0887
>
>Lewis K. Wise, Esq.
>Rogin Nassau
>CityPlace I
>185 Asylum Street
>Hartford, CT 06103
>
>John C. La Liberte, Esq.
>Anthony DiProspo, Jr., Esq.
>Sherin & Lodgen LLP
>101 Federal Street
>Boston, MA 02110

_____
Jason C. Welch