UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
*********************************** :
JP MORGAN CHASE BANK,              :   Civil Action No.
     Plaintiff                     :   3:02-CV-2266 (AVC)
                                   :
v.                                 :
                                   :
RIDGEFIELD PROPERTIES, LLC and     :
THE STOP & SHOP SUPERMARKET CO.,LLC:
     Defendants                    :   October 14, 2005
*********************************** 
```

## MOTION TO PERMIT VISITING ATTORNEY TO APPEAR

Defendant, The Stop & Shop Supermarket Company, LLC, defendant in <u>J P Morgan Chase Bank v. The Stop & Shop Supermarket Company, LLC</u>, C.A. No. 3:04CV1763 in this consolidated action, hereby moves pursuant to Rule 83.1 of the Local Rules of Civil Procedure to permit visiting attorney Frank J. Bailey of the Boston law firm of Sherin and Lodgen LLP to appear in this consolidated action.  This Motion is accompanied by an Affidavit executed by Attorney Bailey in compliance with Rule 83.1, and by the fee required by the Rule.

        RESPECTFULLY SUBMITTED,
        THE DEFENDANT,
        THE STOP & SHOP SUPERMARKET
        COMPANY, LLC


By      /s/
        Lewis K. Wise [ct05716]
        ROGIN, NASSAU, CAPLAN,
        LASSMAN & HIRTLE, LLC
        CityPlace I, 22nd Floor
        185 Asylum Street
        Hartford, CT  06103-3460
        Tel. No. (860) 278-7480
        Fax No. (860) 278-2179
        Email lwise@roginlaw.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing Motion has been mailed via first-class mail, postage prepaid, on this 14th day of October, 2005 to the following:

Timothy S. Fisher, Esq.
Jason C. Welch, Esq.
McCarter & English LLP
CityPlace I, 185 Asylum Street
Hartford, CT  06103

Jeffrey J. Mirman, Esq.
Levy & Droney PC
74 Batterson Park Road
P. O. Box 887
Farmington, CT  06034-0887

John C. La Liberte, Esq.
Sherin and Lodgen LLP
101 Federal Street
Boston, MA  02110

/s/
Lewis K. Wise