UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JP MORGAN CHASE BANK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RIDGEFIELD PROPERTIES, LLC and ) <br> THE STOP & SHOP SUPERMARKET ) <br> CO. LLC, ) <br> ) <br> Defendants. ) <br> _____) | CIVIL ACTION NO. 3:02CV2266 (AVC) |

**AFFIDAVIT OF FRANK J. BAILEY IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE**

I, Frank J. Bailey, on my oath swear and depose:

1. I am a partner of the law firm of Sherin and Lodgen LLP, 101 Federal Street, Boston, Massachusetts 02110. Telephone: (617) 646-2000. Fax: (617) 646-2222. E-mail: fjbailey@sherin.com.

2. I was admitted to the Bar of the Commonwealth of Massachusetts in 1980, admitted to the Bar of the State of New York in 1981 and admitted to the Bar of the State of New Hampshire in 1993.

3. I have not previously been denied admission or disciplined by this Court, or any other Court. I am in good standing in every jurisdiction where I have been admitted to practice. I am not currently suspended or disbarred in any jurisdiction. No disciplinary proceedings are pending against me in any jurisdiction.

4. I have fully reviewed and am familiar with the Local Rules of the United States District Court for the District of Connecticut.

5. My firm represents Defendant The Stop & Shop Supermarket Company LLC in this action and I respectfully request admission to the Bar of this Court *Pro Hac Vice*.

Signed under the penalties of perjury this 11 day of October, 2005.

_____
Frank J. Bailey

## COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                                 Oct. 11, 2005

Then personally appeared the above-named Frank J. Bailey and acknowledged the foregoing instrument to be his free act and deed, before me

_____
Notary Public:
My Commission expires: 10/6/06



RUTH MICKELSON
Notary Public
Commonwealth of Massachusetts
My Commission Expires
October 6, 2006