UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **JP MORGAN CHASE BANK,** | : | **Civil Action No.** |
| *Plaintiff* | : | **3:02-CV-2266 (AVC)** |
| | : | |
| **v.** | : | |
| | : | |
| **RIDGEFIELD PROPERTIES, LLC and** | : | |
| **THE STOP & SHOP SUPERMARKET CO., LLC** | : | |
| *Defendants* | : | **November 15, 2005** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JOINT MOTION TO AMEND SCHEDULING ORDER**

By this motion, the parties to this action, JP Morgan Chase Bank, The Stop & Shop Supermarket Company, LLC, Ridgefield Properties, LLC and Samuels & Associates Management LLC hereby move to amend the Scheduling Order entered in this action. The parties seek to extend the deadlines (1) for designating all trial experts from November 30, 2005 to January 3, 2006; (2) to complete all discovery including depositions of experts from December 31, 2005 to January 31, 2006; and (3) to file dispositive motions from January 31, 2006 to March 2, 2006.

The reason for this request is as follows. The parties have, at this point, engaged in extensive paper discovery including numerous interrogatories and the production of a large number of documents. In addition, numerous depositions have been taken. Given the extensive exchange of information, the parties have determined to again try to reach an amicable resolution

of this controversy.  The parties believe that such settlement efforts will be more productive if discovery can be held in abeyance for a short period of time.  The requested extension of approximately 30 days of the remaining deadlines will enable the parties to delay the completion of discovery while settlement negotiations proceed.  Moreover, if these efforts are successful, the requested extension will have enabled the parties to save the considerable time, effort and expense of completing discovery which would otherwise have been necessary.

Counsel for JP Morgan Chase Bank, Ridgefield Properties, LLC and Samuels & Associates Management LLC have indicated that they join in this motion.  This is the first motion to amend the Scheduling Order in this matter.

RESPECTFULLY SUBMITTED,
THE DEFENDANT, THE STOP & SHOP
SUPERMARKET COMPANY, LLC


By: _____/s/_____
    Lewis K. Wise [ct05716]
    ROGIN, NASSAU, CAPLAN,
    LASSMAN & HIRTLE, LLC
    CityPlace I, 22nd Floor
    185 Asylum Street
    Hartford, CT  06103-3460
    Tel. No. (860) 278-7480
    Fax No. (860) 278-2179
    Email lwise@roginlaw.com

**CERTIFICATION**

This is to certify that a copy of the foregoing Joint Motion has been mailed via first-class mail, postage prepaid, on this 15th day of November, 2005 to the following:

Timothy S. Fisher, Esq.
Jason C. Welch, Esq.
McCarter & English LLP
CityPlace I, 185 Asylum Street
Hartford, CT  06103

Jeffrey J. Mirman, Esq.
Levy & Droney PC
74 Batterson Park Road
P. O. Box 887
Farmington, CT  06034-0887

John C. La Liberte, Esq.
Sherin and Lodgen LLP
101 Federal Street
Boston, MA  02110

/s/
Lewis K. Wise