*Handwritten margin note (left side, vertical):* 3:02CV2266(AVC) November 17, 2005. The motion is GRANTED. The scheduling order shall be amended as set forth in the within motion. SO ORDERED.

/s/ Alfred V. Covello, U.S.D.J.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| JP MORGAN CHASE BANK,  :  *Plaintiff*  : | Civil Action No. 3:02-CV-2266 (AVC) |
| v.  : | |
| RIDGEFIELD PROPERTIES, LLC and  :  THE STOP & SHOP SUPERMARKET CO., LLC  :  *Defendants*  : | November 15, 2005 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION TO AMEND SCHEDULING ORDER

By this motion, the parties to this action, JP Morgan Chase Bank, The Stop & Shop Supermarket Company, LLC, Ridgefield Properties, LLC and Samuels & Associates Management LLC hereby move to amend the Scheduling Order entered in this action. The parties seek to extend the deadlines (1) for designating all trial experts from November 30, 2005 to January 3, 2006; (2) to complete all discovery including depositions of experts from December 31, 2005 to January 31, 2006; and (3) to file dispositive motions from January 31, 2006 to March 2, 2006.

The reason for this request is as follows. The parties have, at this point, engaged in extensive paper discovery including numerous interrogatories and the production of a large number of documents. In addition, numerous depositions have been taken. Given the extensive exchange of information, the parties have determined to again try to reach an amicable resolution

W:\Public\LWise\Stop & Shop - JPMorgan Chase Bank\Pleadings\Joint Motion to Amend Scheduling Order 11-2005.doc

LAW OFFICES • ROGIN, NASSAU, CAPLAN, LASSMAN & HIRTLE, LLC
CITYPLACE • HARTFORD, CONNECTICUT 06103-3460 • (860) 278-7480 • JURIS NO. 50793