UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
****************************************************
JP MORGAN CHASE BANK,                    :    Civil Action No.
     Plaintiff                           :    3:02-CV-2266 (AVC)
                                         :
v.                                       :
                                         :
RIDGEFIELD PROPERTIES, LLC and           :
THE STOP & SHOP SUPERMARKET CO., LLC     :
     Defendants                          :    December 15, 2005
****************************************************
```

## JOINT MOTION TO AMEND SCHEDULING ORDER

By this motion, the parties to this action, JP Morgan Chase Bank, The Stop & Shop Supermarket Company, LLC, Ridgefield Properties, LLC and Samuels & Associates Management LLC hereby move to amend the Scheduling Order entered in this action. The parties seek to extend the deadlines (1) for designating all trial experts from January 3, 2006 to February 14, 2006; (2) to complete all discovery including depositions of experts from January 31, 2006 to March 14, 2006; and (3) to file dispositive motions from March 2, 2006 to April 13, 2006.

The reason for this request is as follows. The parties have, at this point, engaged in extensive paper discovery including numerous interrogatories and the production of a large number of documents. In addition, numerous depositions have been taken. Given the extensive exchange of information, the parties are engaged in an effort to reach an amicable resolution of

this controversy.  The parties believe that such settlement efforts will be more productive if discovery can be held in abeyance for the requested period of time.  The requested extension of approximately 45 days of the remaining deadlines will enable the parties to delay the completion of discovery while settlement negotiations proceed.  Moreover, if these efforts are successful, the requested extension will have enabled the parties to save the considerable time, effort and expense of completing discovery which would otherwise have been necessary.

    Counsel for JP Morgan Chase Bank, Ridgefield Properties, LLC and Samuels & Associates Management LLC have indicated that they join in this motion.  This is the second motion to amend the Scheduling Order in this matter.

> RESPECTFULLY SUBMITTED,
> THE DEFENDANT, THE STOP & SHOP
> SUPERMARKET COMPANY, LLC
>
> By: _____/s/_____
>     Lewis K. Wise [ct05716]
>     ROGIN, NASSAU, CAPLAN,
>     LASSMAN & HIRTLE, LLC
>     CityPlace I, 22nd Floor
>     185 Asylum Street
>     Hartford, CT  06103-3460
>     Tel. No. (860) 278-7480
>     Fax No. (860) 278-2179
>     Email lwise@roginlaw.com

**CERTIFICATION**

This is to certify that a copy of the foregoing Joint Motion has been mailed via first-class mail, postage prepaid, on this 16th day of December, 2005 to the following:

Timothy S. Fisher, Esq.
Jason C. Welch, Esq.
McCarter & English LLP
CityPlace I, 185 Asylum Street
Hartford, CT  06103

Jeffrey J. Mirman, Esq.
Levy & Droney PC
74 Batterson Park Road
P. O. Box 887
Farmington, CT  06034-0887

John C. La Liberte, Esq.
Sherin and Lodgen LLP
101 Federal Street
Boston, MA  02110

/s/
Lewis K. Wise