

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JP MORGAN CHASE BANK,    :    Civil Action No.
   *Plaintiff*    :    3:02-CV-2266 (AVC)
       :
v.    :
       :
RIDGEFIELD PROPERTIES, LLC and    :
THE STOP & SHOP SUPERMARKET CO., LLC    :
   *Defendants*    :    December 15, 2005

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT MOTION TO AMEND SCHEDULING ORDER

By this motion, the parties to this action, JP Morgan Chase Bank, The Stop & Shop Supermarket Company, LLC, Ridgefield Properties, LLC and Samuels & Associates Management LLC hereby move to amend the Scheduling Order entered in this action. The parties seek to extend the deadlines (1) for designating all trial experts from January 3, 2006 to February 14, 2006; (2) to complete all discovery including depositions of experts from January 31, 2006 to March 14, 2006; and (3) to file dispositive motions from March 2, 2006 to April 13, 2006.

The reason for this request is as follows. The parties have, at this point, engaged in extensive paper discovery including numerous interrogatories and the production of a large number of documents. In addition, numerous depositions have been taken. Given the extensive exchange of information, the parties are engaged in an effort to reach an amicable resolution of

December 22, 2005. GRANTED.
SO ORDERED.    /s/ Alfred V. Covello, U.S.D.J.

W:\Public\LWise\Stop & Shop - JPMorgan Chase Bank\Pleadings\Joint Motion to Amend Scheduling Order 12-2005.doc