UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*****************************************
JP MORGAN CHASE BANK,                              :    Civil Action No.
                                                   :    3:02-CV-2266 (AVC)
v.                                                 :
                                                   :
RIDGEFIELD PROPERTIES, LLC and                     :
THE STOP & SHOP SUPERMARKET CO., LLC               :
                                                   :    February 3, 2006
*****************************************

## JOINT MOTION TO AMEND SCHEDULING ORDER

By this motion, the parties to this action, JP Morgan Chase Bank, The Stop & Shop Supermarket Company, LLC, Ridgefield Properties, LLC and Samuels & Associates Management LLC hereby move to amend the Scheduling Order entered in this action. The parties seek to extend the deadlines (1) for designating all trial experts from February 14, 2006 to March 14, 2006; (2) to complete all discovery including depositions of experts from March 14, 2006 to April 14, 2006; and (3) to file dispositive motions from April 13, 2006 to May 12, 2006.

The reason for this request is as follows. The parties have, at this point, engaged in extensive paper discovery including numerous interrogatories and the production of a large number of documents. In addition, numerous depositions have been taken. Given the extensive exchange of information, the parties have been engaged in an effort to reach an amicable

W:\Public\LWise\Stop & Shop - JPMorgan Chase Bank\Pleadings\Joint Motion to Amend Scheduling Order 02-2006.doc

*LAW OFFICES • ROGIN, NASSAU, CAPLAN, LASSMAN & HIRTLE, LLC*
CITYPLACE • HARTFORD, CONNECTICUT 06103-3460 • (860) 278-7480 • JURIS NO. 50793

resolution of this controversy during the past several months. The parties have made substantial progress towards a settlement and are hopeful that a settlement will be reached within the requested period of time. The requested extension of approximately 30 days of the remaining deadlines will enable the parties to delay the completion of discovery while settlement negotiations proceed. Moreover, if these efforts are successful, the requested extension will have enabled the parties to save the considerable time, effort and expense of completing discovery which would otherwise have been necessary.

Counsel for JP Morgan Chase Bank, Ridgefield Properties, LLC and Samuels & Associates Management LLC have indicated that their clients join in this motion. This is the third joint motion to amend the Scheduling Order in this matter.

RESPECTFULLY SUBMITTED,
STOP & SHOP SUPERMARKET COMPANY, LLC

By: /s/ Lewis K. Wise
Lewis K. Wise [ct05716]
ROGIN, NASSAU, CAPLAN,
LASSMAN & HIRTLE, LLC
CityPlace I, 22nd Floor
185 Asylum Street
Hartford, CT  06103-3460
Tel. No. (860) 278-7480
Fax No. (860) 278-2179
Email lwise@roginlaw.com

- 2 -

W:\Public\LWise\Stop & Shop - JPMorgan Chase Bank\Pleadings\Joint Motion to Amend Scheduling Order 02-2006.doc

LAW OFFICES • ROGIN, NASSAU, CAPLAN, LASSMAN & HIRTLE, LLC
CITYPLACE • HARTFORD, CONNECTICUT 06103-3460 • (860) 278-7480 • JURIS NO. 50793

## CERTIFICATION

This is to certify that a copy of the foregoing Joint Motion has been mailed via first-class mail, postage prepaid, on this 2nd day of February, 2006 to the following:

Timothy S. Fisher, Esq.
Jason C. Welch, Esq.
McCarter & English LLP
CityPlace I, 185 Asylum Street
Hartford, CT  06103

Jeffrey J. Mirman, Esq.
Levy & Droney PC
74 Batterson Park Road
P. O. Box 887
Farmington, CT  06034-0887

John C. La Liberte, Esq.
Sherin and Lodgen LLP
101 Federal Street
Boston, MA  02110

_____
Lewis K. Wise

W:\Public\LWise\Stop & Shop - JPMorgan Chase Bank\Pleadings\Joint Motion to Amend Scheduling Order 02-2006.doc