

FILED

2006 FEB -6 A 11: 22

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| JP MORGAN CHASE BANK, | Civil Action No. |
| v. | 3:02-CV-2266 (AVC) |
| RIDGEFIELD PROPERTIES, LLC and THE STOP & SHOP SUPERMARKET CO., LLC | February 3, 2006 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT MOTION TO AMEND SCHEDULING ORDER

By this motion, the parties to this action, JP Morgan Chase Bank, The Stop & Shop Supermarket Company, LLC, Ridgefield Properties, LLC and Samuels & Associates Management LLC hereby move to amend the Scheduling Order entered in this action. The parties seek to extend the deadlines (1) for designating all trial experts from February 14, 2006 to March 14, 2006; (2) to complete all discovery including depositions of experts from March 14, 2006 to April 14, 2006; and (3) to file dispositive motions from April 13, 2006 to May 12, 2006.

The reason for this request is as follows. The parties have, at this point, engaged in extensive paper discovery including numerous interrogatories and the production of a large number of documents. In addition, numerous depositions have been taken. Given the extensive exchange of information, the parties have been engaged in an effort to reach an amicable

GRANTED.

Alfred V. Covello, U.S.D.J.

February 6, 2006.
SO ORDERED.

W:\Public\LWise\Stop & Shop - JPMorgan Chase Bank\Pleadings\Joint Motion to Amend Scheduling Order 02-2006.doc

LAW OFFICES • ROGIN, NASSAU, CAPLAN, LASSMAN & HIRTLE, LLC
CITYPLACE • HARTFORD, CONNECTICUT 06103-3460 • (860) 278-7480 • JURIS NO. 50793