UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JPMORGAN CHASE BANK, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 3:02-CV-2266 (AVC) |
| v. | ) | |
| | ) | |
| RIDGEFIELD PROPERTIES LLC, | ) | |
| SAMUELS & ASSOCIATES | ) | |
| MANAGEMENT, LLC, and THE STOP & | ) | |
| SHOP SUPERMARKET COMPANY LLC | ) | |
| | ) | |
| Defendants. | ) | March 10, 2006 |

## JOINT MOTION TO AMEND SCHEDULING ORDER

By this motion, the parties to this action, JPMorgan Chase Bank ("Chase"), The Stop & Shop Supermarket Company, LLC ("Stop & Shop"), Ridgefield Properties, LLC ("Ridgefield") and Samuels & Associates Management, LLC ("Samuels") hereby move to amend the Scheduling Order entered in this action. The parties seek to extend the deadlines (1) for designating all trial experts from March 14, 2006 to April 14, 2006; (2) to complete all discovery including depositions of experts from April 14, 2006 to May 14, 2006; and (3) to file dispositive motions from May 12, 2006 to June 11, 2006.

The reason for this request is as follows. The parties have reached an agreement in principle; however, additional time is needed to work through critical components of the agreement. A 30-day extension of the current deadlines should be sufficient time for the parties to finalize their agreement.

ME1\5534758.1

Counsel for Stop & Shop, Ridgefield and Samuels have indicated that their clients join in this motion. This is the fourth joint motion to amend the Scheduling Order in this matter.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF,
JPMORGAN CHASE BANK,
BY MCCARTER & ENGLISH, LLP
ITS ATTORNEYS

By_____
   Timothy S. Fisher (CT 5370)
   tfisher@mccarter.com
   Jason C. Welch (CT 23418)
   jwelch@mccarter.com
   185 Asylum Street
   CityPlace I
   Hartford, CT  06103
   (860) 275-6700
   (860) 724-3397 fax

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been mailed, postage pre-paid, this 10th day of March, 2006 to:

John C. La Liberte, Esq.
Anthony DeProspo, Jr., Esq.
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

Lewis K. Wise, Esq.
Rogin, Nassau, Caplan, Lassman & Hirtle, LLC
CityPlace I, 22nd Floor
185 Asylum Street
Hartford, CT 06103-3460

Jeffrey J. Mirman, Esq.
Levy & Droney PC
74 Batterson Park Road
P.O. Box 887
Farmington, CT 06034-0887

_____
Jason C. Welch