UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JPMORGAN CHASE BANK, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| | ) 3:02-CV-2266 (AVC) |
| v. | ) |
| | ) |
| RIDGEFIELD PROPERTIES LLC, | ) |
| SAMUELS & ASSOCIATES | ) |
| MANAGEMENT, LLC, and THE STOP & | ) |
| SHOP SUPERMARKET COMPANY LLC | ) |
| | ) |
| Defendants. | ) March 10, 2006 |

### JOINT MOTION TO AMEND SCHEDULING ORDER

By this motion, the parties to this action, JPMorgan Chase Bank ("Chase"), The Stop & Shop Supermarket Company, LLC ("Stop & Shop"), Ridgefield Properties, LLC ("Ridgefield") and Samuels & Associates Management, LLC ("Samuels") hereby move to amend the Scheduling Order entered in this action. The parties seek to extend the deadlines (1) for designating all trial experts from March 14, 2006 to April 14, 2006; (2) to complete all discovery including depositions of experts from April 14, 2006 to May 14, 2006; and (3) to file dispositive motions from May 12, 2006 to June 11, 2006.

The reason for this request is as follows. The parties have reached an agreement in principle; however, additional time is needed to work through critical components of the agreement. A 30-day extension of the current deadlines should be sufficient time for the parties to finalize their agreement.

GRANTED. Alfred V. Covello, U.S.D.J.
March 20, 2006.
SO ORDERED.

ME1\5534758.1