UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JPMORGAN CHASE BANK, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 3:02-CV-2266 (AVC) |
| v. | ) | |
| | ) | |
| RIDGEFIELD PROPERTIES LLC, | ) | |
| SAMUELS & ASSOCIATES | ) | |
| MANAGEMENT, LLC, and THE STOP & | ) | |
| SHOP SUPERMARKET COMPANY LLC | ) | |
| | ) | |
| Defendants. | ) | May 11, 2006 |

## JOINT MOTION TO AMEND SCHEDULING ORDER

By this motion, the parties to this action, JPMorgan Chase Bank ("Chase"), The Stop & Shop Supermarket Company, LLC ("Stop & Shop"), Ridgefield Properties, LLC ("Ridgefield") and Samuels & Associates Management, LLC ("Samuels") hereby move to amend the Scheduling Order entered in this action. The parties seek to extend the deadlines (1) to complete all discovery including depositions of experts from May 14, 2006 to June 14, 2006; and (2) to file dispositive motions from June 11, 2006 to July 11, 2006.

ME1\5641560.1

The reason for this request is as follows. The parties have reached an agreement and are imminently close to consummating it; however, a minimal amount additional time is needed to finalize it. A 30-day extension of the current deadlines should be sufficient time for the parties to finalize their agreement.

Counsel for Stop & Shop, Ridgefield and Samuels have indicated that their clients join in this motion. This is the fifth joint motion to amend the Scheduling Order in this matter.

        RESPECTFULLY SUBMITTED,
        THE PLAINTIFF,
        JPMORGAN CHASE BANK,
        BY MCCARTER & ENGLISH, LLP
        ITS ATTORNEYS

By_____
    Timothy S. Fisher (CT 5370)
    tfisher@mccarter.com
    Jason C. Welch (CT 23418)
    jwelch@mccarter.com
    185 Asylum Street
    CityPlace I
    Hartford, CT 06103
    (860) 275-6700
    (860) 724-3397 fax

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing has been mailed, postage pre-paid, this 11th day of May, 2006 to:

John C. La Liberte, Esq.
Anthony DeProspo, Jr., Esq.
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

Lewis K. Wise, Esq.
Rogin, Nassau, Caplan, Lassman & Hirtle, LLC
CityPlace I, 22nd Floor
185 Asylum Street
Hartford, CT 06103-3460

Jeffrey J. Mirman, Esq.
Levy & Droney PC
74 Batterson Park Road
P.O. Box 887
Farmington, CT 06034-0887

                                                              Jason C. Welch