FILED

2006 MAY 11 P 4:01

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JPMORGAN CHASE BANK, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 3:02-CV-2266 (AVC) |
| v. | ) | |
| | ) | |
| RIDGEFIELD PROPERTIES LLC, | ) | |
| SAMUELS & ASSOCIATES | ) | |
| MANAGEMENT, LLC, and THE STOP & | ) | |
| SHOP SUPERMARKET COMPANY LLC | ) | |
| | ) | |
| Defendants. | ) | May 11, 2006 |

## JOINT MOTION TO AMEND SCHEDULING ORDER

By this motion, the parties to this action, JPMorgan Chase Bank ("Chase"), The Stop & Shop Supermarket Company, LLC ("Stop & Shop"), Ridgefield Properties, LLC ("Ridgefield") and Samuels & Associates Management, LLC ("Samuels") hereby move to amend the Scheduling Order entered in this action. The parties seek to extend the deadlines (1) to complete all discovery including depositions of experts from May 14, 2006 to June 14, 2006; and (2) to file dispositive motions from June 11, 2006 to July 11, 2006.

ME1\5641560.1

[Margin annotation, left side, rotated: 3:02CV2266(AVC) May 16, 2006. The motion is GRANTED. The Scheduling Order is hereby amended as set forth in the within motion. SO ORDERED. /s/ Alfred V. Covello, U.S.D.J.]