UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JPMORGAN CHASE BANK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RIDGEFIELD PROPERTIES LLC, )<br>SAMUELS & ASSOCIATES )<br>MANAGEMENT, LLC, and THE STOP & )<br>SHOP SUPERMARKET COMPANY, LLC, )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>3:02-CV-2266 (AVC)<br><br><br><br><br><br><br><br><br>JULY 26, 2006 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and in accordance with a settlement agreement executed by the parties, the parties jointly file this Stipulation of Dismissal With Prejudice, dismissing all claims and counter claims asserted both in the above-captioned action and the joined action docketed as 04-CV-1763 (AVC) with prejudice.

[Signatures Follow on the Next Page]

3:03CV2266(AVC) July __, 2006. GRANTED.
SO ORDERED:
Alfred V. Covello, U.S.D.J.

ME1\5522118.1
00112860.DOC /

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.<br><br>By: _____<br>Timothy S. Fisher (CT 05370)<br>Jason C. Welch (CT 23418)<br>Its Attorneys<br>McCarter & English, LLP<br>City Place I, 36th Floor<br>Hartford, CT 06103-3495<br>(860) 275-6775 | THE STOP & SHOP SUPERMARKET COMPANY LLC<br><br>By: _____<br>John C. La Liberte<br>Anthony L. DeProspo, Jr.<br>Its Attorneys<br>Sherin and Lodgen LLP<br>101 Federal Street<br>Boston, MA 02110<br>(617) 646-2000 |
| RIDGEFIELD PROPERTIES, LLC<br><br>By: _____<br>Jeffrey J. Mirman<br>Its Attorney<br>Levy & Droney, P.C.<br>74 Batterson Park Road<br>Farmington, CT 06034<br>(860) 676-3120 | SAMUELS & ASSOCIATES MANAGEMENT, LLC<br><br>By: _____<br>Jeffrey J. Mirman<br>Its Attorney<br>Levy & Droney, P.C.<br>74 Batterson Park Road<br>Farmington, CT 06034<br>(860) 676-3120 |

00112860.DOC /

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE has been sent via regular mail, postage prepaid this 26th day of **July, 2006.**

    Jeffrey J. Mirman, Esq.
    Levy & Droney PC
    74 Batterson Park Road
    P.O. Box 887
    Farmington, CT 06034-0887

    Lewis K. Wise, Esq.
    Rogin Nassau
    CityPlace I
    185 Asylum Street
    Hartford, CT 06103

    John C. La Liberte, Esq.
    Anthony DiProspo, Jr., Esq.
    Sherin & Lodgen LLP
    101 Federal Street
    Boston, MA 02110

Kirkandre D. Durrant

00112860.DOC /